IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN SINGLETON,[*] | § | |
| | § | No. 522, 2016 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | |
| YOLANDA HARDING, | § | File No. CN05-05568 |
| | § | Pet. No. 16-26665 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: November 22, 2016
Decided: November 28, 2016

## ORDER

This 28th day of November 2016, it appears to the Court that, on November 1, 2016, the Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to consider an appeal from a decision issued by a Family Court Commissioner. The appellant has not responded to the notice to show cause within the required ten-day period. Therefore, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice

---

[*] The Court previously assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).